858

No. 80–6940. STORAR, BY HUGHES, GUARDIAN AD LITEM *v.* STORAR ET AL. Ct. App. N. Y. Certiorari denied.

No. 80–6944. CARROLL *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 2d Cir. Certiorari denied.

No. 80–6945. KERNER *v.* HAELSIG, AKA KERNER. Sup. Jud. Ct. Mass. Certiorari denied.

No. 80–6950. REAGAN *v.* ST. MARTIN'S PRESS. C. A. 2d Cir. Certiorari denied.

No. 81–2. MORAN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 81–6. FORD MOTOR CO. *v.* COMMERCIAL UNION INSURANCE CO. C. A. 9th Cir. Certiorari denied.

No. 81–7. NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES & TECHNICIANS, AFL–CIO, ET AL. *v.* WJLA, INC. C. A. D. C. Cir. Certiorari denied.

No. 81–8. BROWN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 81–12. FISCHER *v.* DAKOPOLOS. Ct. App. Mo., Western Dist. Certiorari denied.

No. 81–15. 154 EAST PARK AVENUE CORP. ET AL. *v.* CITY OF LONG BEACH ET AL. Ct. App. N. Y. Certiorari denied.

No. 81–21. MICKLE, MAYOR OF COLUMBUS, ET AL. *v.* CROSS COUNTRY CORP., DBA CROSS COUNTRY PLAZA SHOPPING CENTER. Sup. Ct. Ga. Certiorari denied.